# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| BETTY SHUMAN, | * | |
| Plaintiff, | * | |
| v. | * | CV 617-068 |
| HOWMEDICA OSTEONICS CORP., a New Jersey Corporation d/b/a STRYKER ORTHOPAEDICS; STRYKER CORP., a Michigan Corporation; and STRYKER SALES CORPORATION, | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is the parties' joint motion to stay. (Doc. 8.) In the memorandum filed in support of their motion, the parties state that Defendant Howmedica Osteonics Corp. submitted a "Notice of Potential Tag-Along Action" to the Clerk of the Judicial Panel on Multidistrict Litigation ("JPML") seeking an order transferring the above-captioned action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. (Doc. 8-1, at 2; see also In re Stryker LFIT V40 Femoral Head Prods. Liab. Lit., MDL Case No. 1:17-MD-2768 (J.P.M.L. initiated Jan. 13, 2017) ("MDL 2768"), Doc. 161.) The parties, expecting that this action may be transferred by the

JPML to the District of Massachusetts for resolution, request this Court "to stay all proceedings, including the responsive pleading deadline, until this matter is transferred to MDL 2768." (Doc. 8, at 1.)

Upon due consideration, the parties' joint motion to stay (doc. 8) is **GRANTED. IT IS HEREBY ORDERED** that all proceedings in this matter are hereby **STAYED** pending a ruling from the JPML on Defendant Howmedica Osteonics Corp.'s Notice of Potential Tag-Along Action. Any deadlines falling within the duration of this stay are hereby tolled during the pendency of this stay. Notwithstanding the foregoing, either party may apply to this Court – in writing and for cause – to lift the stay imposed hereby.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of June 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA